In the Matter of ST. MORRIS ASSOCIATES, Appellant, v. J. BURCH MCMORRAN, as Commissioner of the Department of Transportation of the State of New York, et al., Respondents.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.